McGrath Mgmt Service
444D Old Post Rd.
Bedford, NY 10506
(914) 234-0300

| DATE | 02/01/18 |
|---|---|
| AMOUNT DUE | 3,929.75 |
| ACCOUNT NO. | wrht38 |

MAKE CHECK PAYABLE TO: Williamsburg Ridge HOA, I

Keep This Part For Your Records

| Account Number | Date |
|---|---|
| wrht38 | 02/01/18 |

| ITEM | AMOUNT |
|---|---|
| Written Notations on this coupon will not be received. | 0.00 |
|  | 0.00 |
| Late Fee $25 after 15th day. | 0.00 |

Please Return Payment To:

Williamsburg Ridge HOA, I
C/O McGrath Mgmt Services
P.O. Box 5104
White Plains, NY 10602-5104

Name

wrh   wrht38
M. Cascioli & L. Pietrolungo
201 Williamsburg Drive
Mahopac, NY 10541

| DATE DUE | AMOUNT DUE |
|---|---|
| 02/01/18 | 3,929.75 |

0000000670029475600008782728419249000000392975020120180S

---

McGrath Mgmt Service
444D Old Post Rd.
Bedford, NY 10506
(914) 234-0300

| DATE | 02/01/18 |
|---|---|
| AMOUNT DUE | 3,929.75 |
| ACCOUNT NO. | wrht38 |

MAKE CHECK PAYABLE TO: Williamsburg Ridge HOA, I

Keep This Part For Your Records

| Account Number | Date |
|---|---|
| wrht38 | 02/01/18 |

| ITEM | AMOUNT |
|---|---|
| Previous Balance | 3,004.55 |
| Common charges (01/2018) | 275.50 |
| Reserve Income (01/2018) | 44.50 |
| Roof Assessment (01/2018) | 62.60 |
| Sewer (01/2018) | 80.00 |
| Common charges (02/2018) | 275.50 |
| Reserve Income (02/2018) | 44.50 |
| Roof Assessment (02/2018) | 62.60 |
| Sewer (02/2018) | 80.00 |

Please Return Payment To:

Williamsburg Ridge HOA, I
C/O McGrath Mgmt Services
P.O. Box 5104
White Plains, NY 10602-5104

Name

wrh   wrht38
M. Cascioli & L. Pietrolungo
201 Williamsburg Drive
Mahopac, NY 10541

| DATE DUE | AMOUNT DUE |
|---|---|
| 02/01/18 | 3,929.75 |

0000000670029475600008782728419249000000392975020120180S