**McGrath Mgmt Service**
444D Old Post Rd.
Bedford, NY 10506
(914) 234-0300

MAKE CHECK PAYABLE TO: Williamsburg Ridge HOA, I

| | |
|---|---|
| DATE | 02/01/18 |
| AMOUNT DUE | 7,077.22 |
| ACCOUNT NO. | wrht38a |

**Please Return Payment To:**
Williamsburg Ridge HOA, I
C/O McGrath Mgmt Services
P.O. Box 5104
White Plains, NY 10602-5104

**Name:**
wrh  wrht38a
M. Cascioli & L. Pietrolungo
201 Williamsburg Drive
Mahopac, NY 10541

DETACH HERE

Keep This Part For Your Records

| Account Number | Date |
|---|---|
| wrht38a | 02/01/18 |

| ITEM | AMOUN |
|---|---|
| Previous Balance | 7,077.2 |
| New Balance Owed | 7,077.2 |
| Written Notations on this coupon will not be received. | 0.0 |
| | 0.0 |
| Late Fee $25 after 15th day. | 0.0 |

| DATE DUE | AMOUNT DU |
|---|---|
| 02/01/18 | 7,077.2 |

nnnnnnn4700294756008782728419246520000070772020120180 0